UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

METROPOLITAN LIFE INSURANCE COMPANY,

        Plaintiff(s),

   v.

MICHAEL W. SMITH, et al.,

        Defendant(s).
_____/

NO. CIV. S-06-1240 FCD/GGH

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representations of plaintiff's counsel in the above action the court has determined that this case has settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before January 22, 2007. All dates/hearings set in this matter, including any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: December 11, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE